The PEOPLE of the State of
Colorado, Petitioner,

v.

Jeffrey Mark WOOD, Respondent.

No. 89SC37.

Supreme Court of Colorado,
En Banc.

April 17, 1989.

QUINN, C.J., and ROVIRA, J., would grant on the following issue:

Whether section 42–2–206, which prohibits driving of a motor vehicle by an individual who has been convicted as a habitual traffic offender, is intended to prohibit driving only on "public highways" and not on private property.